**RAPKIN GITLIN & BEAUMONT**
21650 Oxnard Street, Suite. 1620
Woodland Hills, California 91362
Larry F. Gitlin, Esquire (Bar No. 70966)
Tel. 818-884-9998
Fax 818-884-1087
Attorneys for Plaintiff
INNOVATIVE OFFICE PRODUCTS, INC.

**CATES PETERSON LLP**
2040 Main Street, 9th Floor
Irvine, California 92614
Mark D. Peterson, Esquire (Bar No. 126174)
Tel. 949-724-1180
Fax 949-724-1190
Attorneys for Defendants
OLE SMED and TRADE MANAGEMENT GROUP

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| INNOVATIVE OFFICE PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OLE SMED and TRADE MANAGEMENT GROUP LIMITED,<br><br>Defendants. | CASE NO. **EDCV07-0192 SGL(OPx)**<br><br>**PROTECTIVE ORDER** |

The Court, having considered the Stipulation for Entry of Protective Order submitted by the parties in connection with this case, and good cause appearing:

///

IT IS SO ORDERED:

The Protective Order filed and entered in the related Pennsylvania Case, *Innovative Office Products, Inc. v. v. Spaceco, Inc. and Haworth, Inc.*, U.S.D.C. (E.D. PA) Case No. 2:05-cv-04037-LS, a copy of which is attached to the parties' stipulation for the entry of this protective order filed here, shall govern discovery in this action and apply to protect information belonging to the parties in this case, as well as the parties in the Pennsylvania Case, subject to the following modification to paragraph 16 at pp. 9-10:

    a)    The parties will meet and confer prior to filing documents marked as confidential in the United States District Court for the Central District of California to determine whether it is necessary to seek leave to file such documents under seal. If a party seeks to file confidential information under seal, it shall comply with Local Rule 79-5. Any such application shall set forth with particularity the need for the specific information in such documents.

DATED: September 26, 2008        _____
                                          Hon. Oswald Parada
                                          United States Magistrate Judge